NELSON F. CHAMBERS v. GLADYS W. CHAMBERS.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

JOSEPH LEWIS, a Taxpayer of the City of New York, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, a Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

HARRIET WEISER v. JOSEPH WEISER and Others, Impleaded with ABRAHAM WEISER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ANNE McCORMACK v. HARRY FRANCIS McCORMACK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING SHAPIRO.— Motion for a reargument denied. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

SANTINI BROS., INC., v. SANTINI JEROME AVE. & 170TH STREET STORAGE CORP. and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of ATLAS TILE AND MARBLE WORKS, INC., to Vacate an Award of the Arbitration Board of the Greater New York Tile Contractors' Association and Tile Layers Subordinate Union No. 52, New York, of the B. M. & P. I. U. of America.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE ALLBRITE LAUNDRY CORPORATION and STOCK MANAGEMENT CORPORATION v. PRETTY FAMILY LAUNDRY, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. The complaint sets forth a cause of action in equity as to the physical assets and machinery. (*Little & Ives Co.* v. *Acceptance Corporation*, 215 App. Div. 427; *Fur & Wool Trading Co.* v. *Fox Co.*, 245 N. Y. 215.) Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

TITLE GUARANTEE AND TRUST COMPANY v. MORTGAGE COMMISSION OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ.